### UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**Joseph Shane Piercy**,<br><br>   Debtor, | No. 3:18-bk-32262-SHB<br>Chapter 7<br>(Bauknight) |
| **M. Dustin Long**,<br><br>   Plaintiff,<br><br>vs.<br><br>**Joseph Shane Piercy**,<br><br>   Defendant. | Adv. Proc. No. 3:18-ap-03046-SHB |

**Long's Designation of Appellate Record**

In accordance with Bankruptcy Rule 8009, the plaintiff–appellant, Dustin Long, designates the following items for the record on appeal. All numbers below refer to the docket-entry numbers on the Court's electronic filing system and include any attachments to the relevant document.

1. The complaint.
5. Defense counsel's notice of appearance.
6. Defendant's motion to dismiss.
7. Defendant's brief in support of the motion to dismiss.
8. Plaintiff's response to the motion to dismiss.

1

9. Order consolidating the adversary proceedings.

11. Memorandum findings of fact and conclusions of law.

12. Summary judgment based on the memorandum.

15. Plaintiff's notice of appeal.

Note: since this adversary proceeding was consolidated under lead case No. 3:18-ap-03043, the following docket entries from that case also apply to this adversary proceeding:

10. Order treating the motion to dismiss as a motion for summary judgment.

13. Defendant's statement of undisputed material facts.

14. Defendant's brief in support of summary judgment.

15. Plaintiff's brief opposing summary judgment.

16. Plaintiff's response to the statement of material facts.

17. Memorandum and order for further briefing.

19. Plaintiff's brief on res judicata.

20. Defendant's brief on res judicata.

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, a copy of this designation of record was served electronically on the parties listed on the Court's electronic filing receipt.

/s/ *Mark A. Cowan*
Mark A. Cowan
Attorney for Dustin Long
