### UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>**Joseph Shane Piercy**,<br><br>    Debtor, | No. 3:18-bk-32262-SHB<br>Chapter 7<br>(Bauknight) |
| **M. Dustin Long**,<br><br>    Plaintiff,<br><br>vs.<br><br>**Joseph Shane Piercy**,<br><br>    Defendant. | Adv. Proc. No. 3:18-ap-03046-SHB |

**Long's Statement of Issues Presented**

In accordance with Bankruptcy Rule 8009(a)(1), the plaintiff–appellant, Dustin Long, raises the following issues on appeal:

1. **Did the Bankruptcy Court err in granting a summary judgment allowing the debtor to discharge a state-court judgment against him for stealing money from his business partner, without allowing the plaintiff a hearing to establish the circumstances of the theft?**

2. **Is the state-court judgment nondischargeable under Bankruptcy Code § 523(a)(4) ("for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny")?**

1

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, a copy of this statement of issues was served electronically on the parties listed on the Court's electronic filing receipt.

/s/ *Mark A. Cowan*
MARK A. COWAN
Attorney for Dustin Long